# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA

v.

CHARLES GRANT MCREYNOLDS

*WARRANT FOR ARREST*

1:24-cr-00007-DCN

**RECEIVED**
*By U.S. Marshals Service at 10:41 am, Jan 10, 2024*

To:  The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest **CHARLES GRANT MCREYNOLDS** and

bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below

listed violation.

21 U.S.C. § 841(a)(1) and (b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE



United States Courts
District of Idaho
**ISSUED**
*HaileyStevason*
on Jan 10, 2024 10:09 am

Hailey Stevason, Deputy Clerk

January 10, 2024

Name and Title of Issuing Officer

Date

---

**RETURN**

---

This warrant was received_____1/10/2024_____and executed with the arrest of the above-name
individual at __Meridian, ID_____.

_____

_____
Signature of Arresting Officer

___1/11/2024_____
Date of Arrest

 Signing on behalf of arresting DEA Agent
Name & Title of Arresting Officer