Jay J. Kiiha, ISB # 6763
Kiiha and Associates PLLC
3313 W Cherry Ln # 905
Meridian, ID  83642
208.960.5107
jay@kiiha.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:24-cr-0007-DCN** |
| | ) | |
| Plaintiff, | ) | **ADDENDUM TO SENTENCING** |
| | ) | **MEMORANDUM** |
| vs. | ) | |
| | ) | |
| CHARLES GRANT MCREYNOLDS | ) | |
| | ) | |
| Defendant. | ) | |

CHARLES GRANT MCREYNOLDS ("Grant"), through his counsel, Jay J. Kiiha of the firm Kiiha and Associates PLLC, submits this Addendum to Sentencing Memorandum filed October 15, 2024.

Counsel was advised by Mr. McReynolds sister on October 15, 2024, that "Grant was sentenced to 10 years on the conspiracy count and two years determinate, three years indeterminate on the consecutive gun charge."  See Sentencing Memorandum, p. 3.  The judgment had not posted to the iCourt system at that time and counsel was in another hearing when Mr. McReynolds was sentenced on his state case.

As of the date of the filing of this addendum, the state judgment has not yet posted to iCourt, but the *Court Minutes* which are dated October 15, 2024, but which were posted after that

ADDENDUM TO SENTENCING MEMORANDUM- 1

date, reflect that Mr. McReynolds received a unified sentence of Twenty Years (20) (10 determinate; 10 indeterminate) on the conspiracy charge, and a two year (2) year sentence (2 determinate, 0 indeterminate), consecutive on the firearms charge.

DATED this 17th of October 2024.

Jay Juhani Kiiha
Attorney for Defendant

ADDENDUM TO SENTENCING MEMORANDUM- 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October 2024, I caused to be served a true and correct copy of the foregoing document by the method indicated below to the following:

David Morse, AUSA
Office of the United States Attorney    \_\_**X**\_\_\_
1290 West Myrtle Street
Suite 500
Boise, ID  83702

US Mail
CM/ECF Filing
Hand Delivery
Facsimile No.
Email

Anabella Antonucci
Probation Services Technician
550 West Fort Street, Room 458
Boise, ID  83724-0101
anabella_antonucci@idp.uscourts.gov
nate_hudson@idp,uscourts.gov    \_\_X\_\_

US Mail
CM/ECF Filing
Hand Delivery
Facsimile No.
Email

_____/s/ Jay Kiiha_____
Jay Kiiha

ADDENDUM TO SENTENCING MEMORANDUM- 3